# United States Bankruptcy Court

California-Northern-Oakland

In re  JENNIFER DURAN ,                                      Case No. 10-42971

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc | Chase Home Finance |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc

Court Claim # (if known):  19
Amount of Claim:  $   142,554.85
Date Claim Filed:  12/7/2010

1750 Regal Row, Suite 120
Dallas, TX 75235-2287

Phone: (877)340-9141

Phone: (866)289-2717

Last Four Digits of Acct #:  4092

Last Four Digits of Acct #:  4092

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc
P.O. Box 35888
Dallas, TX 75235-0888

Phone: 877-340-9141
Last Four Digits of Acct #:  4092

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

/s/
By: Cynthia Allman                                          Date: 7/2/2012
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.