FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 10-42971-MEH** |
| **Mark Everett Duran** | § | |
| **Jennifer Kathleen Duran** | § | |
| **DEBTOR** | § | |
| | § | |
| | § | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Nationstar Mortgage, LLC** | **Aurora Bank FSB** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

**Nationstar Mortgage, LLC**　　　　　　　Court Claim # (if known):　9
**350 Highland Drive**　　　　　　　　　　Amount of Claim: $600587.15
**Lewisville, TX 75067**　　　　　　　　　　Date Claim Filed:　5/6/2010

Phone: **(800) 679-9896**　　　　　　　　Phone:_____
Last Four Digits of Acct #: **xxxxxx6130**　　Last Four Digits of Acct.# **xxxx4779**

Name and Address where transferee payments should
be sent (if different from above):

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Phone: (800) 766-7751
Last Four Digits of Acct #: **xxxxxx6130**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:　/s/ Erica D. Lucas
_____
　　　Transferee/Transferee's Agent　　　　　　Date:　　　　8/3/12

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 3rd day of August 2012 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Mark Everett Duran
Jennifer Kathleen Duran
814 Saddleback Circle
Livermore, California 94551

**Debtors' Attorney**
Patrick L. Forte
Law Offices Of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**Chapter 13 Trustee**
Martha  G. Bronitsky
Post Office Box 9077
Pleasanton, California 94566

**US Trustee**
 Office of the US Trustee
1301 Clay Street #690N
Oakland, California 94612

/s/ Erica D. Lucas
Erica D. Lucas