PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed January 23, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                              Case No. 10-42971 MEH

**MARK EVERETT DURAN and**                              Chapter 13
**JENNIFER KATHLEEN DURAN**,

                                                        <u>ORDER MODIFYING CHAPTER 13 PLAN</u>
                   Debtors.
_____/

   The above named debtos having served an Amended Motion to Modify Chapter 13 Plan on December 21, 2012, and any opposition, if received, having been resolved and good cause appearing therefor;

   **IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

   The real property located at 814 Saddleback Circle, Livermore, CA 94551 will revest in the Chapter 13 Trustee effective upon entry of this Order granting this amended motion. Pursuant to the modification, the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

   Commencing December 2012, debtors shall pay $2,030.00 per month

to the Trustee. Any plan arrearages shall be forgiven. Unsecured, nonpriority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240

Attn: Officer
JPMorgan Chase Bank, NA
4 New York Plaza 19
New York, NY 10004

Attn: Officer
JPMorgan Chase Bank, NA
C/o CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Attn: Officer
Aurora Bank, FSB
1000 N. West Street, Suite 200
Wilmington, DE 19801

Attn: Officer or Managing Agent
Aurora Loan Services, LLC
10350 Park Meadows Dr.
Littleton, CO 80124

Attn: Officer or Managing Agent
Aurora Loan Services, LLC
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833