RAYMOND F. MOATS, III, ESQ.
(State Bar No. 165199)
colcaecf@weltman.com
**Weltman, Weinberg & Reis Co., L.P.A.**
3705 Marlane Drive
Grove City, OH 43213
Telephone: (614) 801-2767
Facsimile: (614) 801-2601
WWR# 8329078

Attorney for Movant
KeyBank USA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Mark Everett Duran and Jennifer Kathleen Duran,<br><br>　　　　　　　　　　　　Debtors. | Case No. 10-42971<br>Chapter 13<br>R.S. No. RFM-004<br><br>Hon. Charles Novak<br><br>Hearing-<br>Date: July 10, 2015<br>Time: 10:00 am<br>Place: Courtroom 215<br>　　　U.S. Bankruptcy Court<br>　　　1300 Clay St., Oakland, CA 94612 |

### AMENDED NOTICE ON MOTION FOR RELIEF
### FROM THE AUTOMATIC STAYS

TO DEBTORS, MARK EVERETT DURAN AND JENNIFER KATHLEEN DURAN, DEBTORS' COUNSEL, PATRICK L. FORTE; THE CHAPTER 13 TRUSTEE, MARTHA G. BRONITSKY AND ALL OTHER INTERESTED PARTIES

PLEASE TAKE NOTICE that on July 10, 2015 at 10:00 am, in the U.S. Bankruptcy Court, 1300 Clay St., Oakland, CA 94612, Courtroom 215, the undersigned will bring on for Preliminary hearing its Motion for Order Granting Relief from Automatic Stay before the Hon. Charles Novak.

The Debtors shall appear personally or by counsel at the preliminary hearing. In the event neither the Debtors nor Debtors' Counsel appear at a Hearing on this Motion, the Court may grant Relief from the Automatic Stay permitting Movant to foreclose on the Debtors' property, a 2003 Centurion Escalade Boat, VIN# FNEJ0604K203, and obtain possession of such property without further Hearing before this Court pursuant to applicable state law.

Weltman, Weinberg & Reis Co., L.P.A.

Dated: June 18, 2015

/s/ Raymond F. Moats, III
RAYMOND F. MOATS, III, ESQ.
Attorney for Movant,
KeyBank USA