RAYMOND F. MOATS, III, ESQ.
(State Bar No. 165199)
colcaecf@weltman.com
**Weltman, Weinberg & Reis Co., L.P.A.**
3705 Marlane Drive
Grove City, OH 43213
Telephone: (614) 801-2767
Facsimile: (614) 801-2601
WWR# 8329078

Attorney for Movant
KeyBank U.S.A.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Mark Everett Duran and Jennifer Kathleen Duran,<br><br>Debtor(s). | Case No. 10-42971<br>Chapter 13<br>R.S. No. RFM-004<br><br>Hearing-<br>Date: July 10, 2015<br>Time: 10:00 am<br>Place: Courtroom 215<br>     U.S. Bankruptcy Court<br>     1300 Clay St.<br>     Oakland, CA 94612 |

## NOTICE OF WITHDRAWAL OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

    Creditor, KeyBank U.S.A., hereby gives Notice that it withdraws its Motion for Relief from the Automatic Stay [Docket No.64], filed on June 18, 2015.

Dated: July 1, 2015

/s/ Raymond F. Moats, III
Raymond F. Moats, III (165199)
**Weltman, Weinberg & Reis Co., L.P.A.**
3705 Marlane Drive
Grove City, OH 43213
(614) 801-2767   (614) 801-2601 Facsimile
Attorneys for KeyBank U.S.A.

RAYMOND F. MOATS, III, ESQ.
(State Bar No. 165199)
colcaecf@weltman.com
**Weltman, Weinberg & Reis Co., L.P.A.**
3705 Marlane Drive
Grove City, OH 43213
Telephone: (614) 801-2767
Facsimile: (614) 801-2601
WWR# 8329078

Attorney for Movant
KeyBank U.S.A.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>Mark Everett Duran and Jennifer Kathleen Duran,<br><br>                              Debtor(s). | Case No. 10-42971<br>Chapter 13<br>R.S. No. RFM-004<br><br>Hearing-<br>Date: July 10, 2015<br>Time: 10:00 am<br>Place: Courtroom 215<br>         U.S. Bankruptcy Court<br>         1300 Clay St.<br>         Oakland, CA 94612 |

**<u>CERTIFICATE OF SERVICE</u>**

I, <u>Jennie Adragna</u>, declare and state as follows:

I am a resident of Macomb County, State of Michigan. I am over the age of eighteen (18) and not a party to the within action. My business address is 2155 Butterfield Drive, Suite 200-S, Troy, MI 48084.

On, I served the within WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Troy, Michigan, addressed as follows:

DEBTOR(S)

MARK EVERETT DURAN
JENNIFER KATHLEEN DURAN
814 SADDLEBACK CIRCLE
LIVERMORE, CA 94551

DEBTOR(S) ATTORNEY

PATRICK L. FORTE
1 KAISER PLAZA #480
OAKLAND, CA 94612-3610

CHAPTER 7 TRUSTEE

MARTHA G. BRONITSKY
P.O. BOX 9077
PLEASANTON, CA 94566

US. TRUSTEE

OFFICE OF THE US TRUSTEE/OAK
1301 CLAY ST. #690N
OAKLAND, CA 94612

  I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on July __9__, 2015 at Troy, Michigan.

               /s/ Jennie Adragna
               JENNIE ADRAGNA